**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**DYLAN TYLER TREB-POLLOCK,**

**Plaintiff,**

**vs.**

**COMMISSIONER of Social Security,**

**Defendant.**

______________________________ /

**Civil Action No. 3:25-cv-00050-YY**

**ORDER GRANTING AWARD OF EAJA FEES**

**ORDER**

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $7,500.00 if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in *Ratliff* shall be paid to the Plaintiff, via direct deposit to the attorney’s office.

Dated this 16th day of October, 2026

/s/ Youlee Yim You
U.S. Magistrate Judge

Presented by:

s/*Lisa R. Lang*
Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035